**WO**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Valencia Gonzales,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-99-2016-PHX-SMM<br><br><u>DEATH PENALTY CASE</u><br><br>**STIPULATED ORDER** |

**IT IS HEREBY ORDERED** granting Respondents' motion for miscellaneous relief (Dkt. 114.)

**IT IS FURTHER ORDERED** that the Arizona Department of Corrections provide to Dr. Anna S. Scherzer, M.D. and Dr. Raphael Morris, M.D., copies of medical and mental health records pertaining to inmate Ernest Valencia Gonzales, ADC # 058534, for the entire period of his incarceration in the Arizona Department of Corrections, June 17, 1986, to the present.

**IT IS FURTHER ORDERED** that the Clerk of the Court certify this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court forward a copy of this Order to:

LETICIA MARQUEZ,
Assistant Federal Public Defender (Petitioner's Counsel of Record);

JOHN PRESSLEY TODD,
Assistant Attorney General (Respondent's Counsel of Record);

1  
2  MICHAEL BRODSKY,
Office of the Attorney General,
1275 West Washington,
3  Phoenix, Arizona 85007;

4  Deputy Warden TERRY JOHNSON and Sgt. C. STITT,
Arizona State Prison - Eyman Prison Complex - SMU II,
5  4374 East Butte Avenue,
Florence, Arizona 85232;
6  
CAROL B. PEARSON, RHIT, Medical Record Program Manager,
7  1110 W. Washington, Ste. 310,
Phoenix, Arizona 85007;
8  
DR. ANNA S. SCHERZER, M.D., Psychiatrist
9  10900 North Scottsdale Road, Suite 502,
Scottsdale, Arizona 85254;
10  
DR. RAPHAEL MORRIS, M.D., Psychiatrist
11  505 Lomas Santa Fe Drive, Suite 260
Solano Beach, CA 92075;
12  
CAPITAL CASE STAFF ATTORNEY
13  United States District Court
Phoenix, Arizona only.
14  
15       DATED this 13th day of October, 2006.

16  
17  
18                              Stephen M. McNamee
                                United States District Judge
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

- 2 -