wo

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

ERNEST VALENCIA GONZALES,

          PETITIONER,

    —vs—

DORA B. SCHRIRO, et al.,

          RESPONDENTS.

CIV 99-02016-PHX-SMM

**AMENDED
CERTIFIED CONTACT VISIT
ORDER**

[DEATH PENALTY CASE]

Pursuant to this Court's order of September 25, 2006,

IT IS HEREBY ORDERED authorizing that Dr. Anna S. Scherzer, M.D. have a contact visit with Ernest Valencia Gonzales, ADOC # 058534, under the following terms in order to determine his competency:

1)   Visitation shall take place on October  20, 2006, starting at 10:00 a.m. and continuing up to 8 hours.

2)   Respondents' counsel shall make arrangements with Deputy Warden Carson McWilliams, Arizona State Prison - Eyman Complex SMU II, or his designee, to schedule such visits.

3)   The Deputy Warden, through his staff, may require Dr. Scherzer to subject all instruments, equipment, manuals and the like to an inspection and inventory prior to and subsequent to any meeting with Ernest Valencia Gonzales.

4)   If requested by Dr. Scherzer, the Deputy Warden, through his staff, shall remove handcuffs from Ernest Valencia Gonzales. However, Ernest Valencia Gonzales shall at all times remain in leg irons.  ADOC may require Ernest Valencia Gonzales to wear a stun belt during the meetings.

5)   Dr. Scherzer will be required to wear all protective gear, including any protective vest and/or safety goggles provided by ADOC. Dr. Scherzer will be allowed to wear clothing over the protective vest. If requested, Dr. Scherzer shall be allowed to remove the protective vest and safety goggles if, in her opinion, the vest and/or the goggles interfere with the interview of Ernest Valencia Gonzales.

6)   Dr. Scherzer shall be allowed to have physical contact with Ernest Valencia Gonzales as is necessary to conduct the interview.

7)   This meeting between Ernest Valencia Gonzales and Dr. Scherzer shall take place in a room that allows for privacy. The door to the room in which the meeting takes place shall be open or closed during the meeting, at the discretion of Dr. Scherzer. In either event, the room will have windows which allow the Deputy Warden, through his staff, to observe the meeting. Dr. Scherzer shall sit in the chair closest to the door, and Ernest Valencia Gonzales shall not go between her and the door without permission. The room in which the meeting takes place shall have two chairs and a table no larger than three feet in width.

8)   Before being allowed the contact visit authorized herein, Dr. Scherzer shall certify in a written release to ADOC that she has investigated and ascertained the risks to her personal safety associated with the visit as authorized by and under the circumstances described in this order; that she agrees to assume those risks; that she releases and holds harmless ADOC, the State of Arizona, and their officers and employees from any claim arising from death or injury associated with the risks assumed. However, such release shall not operate as a release of gross negligence on the part of ADOC.

9)   Prior to the visit, the Deputy Warden, or his designee, shall advise Gonzales, in definite terms, that he is under a court order to appear at the above stated visit and that he cannot refuse the visit. If Gonzales refuses to leave his cell for the psychiatric evaluation, he **shall not be forcibly extracted;** rather, the Warden, through his staff, shall escort Dr. Scherzer to Gonzales' cell so that Dr. Scherzer may evaluate Gonzales at his cell (cell-side). In such case, Dr. Scherzer shall wear any protective gear deemed necessary by ADC; and ADC shall otherwise maintain the security they deem necessary.

IT IS FURTHER ORDERED that the Clerk of the Court certify this Order.

2

1        IT IS FURTHER ORDERED that the Clerk of the Court forward a

2 copy of this Order to:

3 LETICIA MARQUEZ, TIM GABRIELSEN,
Assistant Federal Public Defenders (Petitioner's Counsel of Record);

4

5 JOHN PRESSLEY TODD, Assistant Attorney General (Respondent's
Counsel of Record);

6 MICHAEL BRODSKY,
Office of the Attorney General,

7 1275 West Washington,
Phoenix, Arizona 85007;

8

9 Deputy Warden TERRY JOHNSON  and Sgt. C.STITT,
Arizona State Prison - Eyman Prison Complex - SMU II,
4374 East Butte Avenue,

10 Florence, Arizona 85232;

11 DR. ANNA S. SCHERZER,
10900 North Scottsdale Road, Suite 502,

12 Scottsdale, Arizona 85254; and to

13 CAPITAL CASE STAFF ATTORNEY,
United States District Court,

14 Phoenix, Arizona, <u>only</u>.

15        DATED this 19th day of October, 2006.

16

17

18                   Stephen M. McNamee
United States District Judge

19

20

21

22

23

24

25

26

27

28