**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Valencia Gonzales,<br>    Petitioner,<br>vs.<br>Dora B. Schriro, et al.,<br>    Respondents. | No. CV-99-2016-PHX-SMM<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Pending before the Court is Petitioner's motion for a competency determination, alleging that he is incompetent to assist habeas counsel. (Dkt. 102.) On November 15, both parties submitted reports from mental health experts who had the opportunity to examine Petitioner. The Court has reviewed the reports from the mental health experts and finds that there is a lack of agreement between the experts regarding Petitioner's competency to assist habeas counsel. Consequently, the Court finds reasonable grounds to grant Petitioner's motion for a competency determination and to stay litigation of his amended habeas petition pending an evidentiary hearing to resolve whether he is competent to assist his habeas counsel.

Based on the foregoing, the Court finds it necessary to conduct a case management conference in anticipation of the Court holding an evidentiary hearing regarding whether Petitioner is competent to assist habeas counsel. At the case management conference, the parties shall be prepared to discuss proposed dates for the evidentiary hearing, a proposed

1  schedule for the presentation of witnesses at the hearing, and any other legal or factual issue
2  that needs resolution at the evidentiary hearing.
3       Accordingly,
4       **IT IS HEREBY ORDERED** granting Petitioner's motion for a competency
5  determination and granting Petitioner's motion to stay litigation of his amended habeas
6  petition pending an evidentiary hearing to resolve whether he is competent to assist his
7  habeas counsel. (Dkt. 102.)
8       **IT IS FURTHER ORDERED** that, in anticipation of the evidentiary hearing, a case
9  management conference will be held on January 23, 2007, at 9:00 a.m. in Courtroom No.
10 605.
11      DATED this 8th day of December, 2006.

_____
Stephen M. McNamee
United States District Judge