**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Valencia Gonzales,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>　　　　Respondents. | No. CV-99-2016-PHX-SMM<br><br><u>DEATH PENALTY CASE</u><br><br><br>**ORDER** |

Pursuant to *Rohan ex rel Gates v. Woodford*, 334 F.3d 803 (9th Cir. 2003), counsel for Petitioner moved this Court to schedule an evidentiary hearing to determine Petitioner's competency to assist habeas counsel. In response, this Court ordered a mental health expert for each party to file a current mental health evaluation of Petitioner. After reviewing these reports, the Court determined that there is a lack of agreement between the experts regarding Petitioner's competency to assist habeas counsel. Consequently, before the Court is the scheduling of an evidentiary hearing to determine Petitioner's competence. A case management conference was held with the parties to discuss scheduling. Pursuant to these discussions,

**IT IS HEREBY ORDERED** establishing a deadline of February 6, 2007, for each party's mental health expert–Dr. Raphael Morris for Petitioner and Dr. Anna Scherzer for Respondents–to disclose to opposing counsel all underlying psychological testing data and any interview notes, statements, or other information, that were relied upon and/or utilized

1 by the expert in preparing the mental health reports filed with the Court on November 15, 2 2006.

3      **IT IS FURTHER ORDERED** establishing a deadline of February 23, 2007, for the 4 filing of any discovery motion that requests additional information relevant to the narrow 5 issue before the Court, Petitioner's current competency to assist habeas counsel.

6      **IT IS FURTHER ORDERED** scheduling an evidentiary hearing for Thursday, May 7 31, and Friday, June 1, 2007, in Courtroom 605 starting at 9:00 a.m. In preparation for the 8 evidentiary hearing, a one-hour status hearing will be held on Monday, April 30, 2007, at 9 10:00 a.m. in Courtroom 605.

10      DATED this 24th day of January, 2007.

*[signature]*
Stephen M. McNamee
United States District Judge