**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Valencia Gonzales, | No. CV-99-2016-PHX-SMM |
| Petitioner, | DEATH PENALTY CASE |
| vs. | |
| Dora B. Schriro, et al., | **ORDER** |
| Respondents. | |

Upon motion duly made, and for good cause appearing,

**IT IS HEREBY ORDERED** that Petitioner's Motion for One Day Extension of Time to File Motion for Discovery is granted, and said Motion shall be filed no later than February 26, 2007. (Dkt. 132.)

DATED this 23rd day of February, 2007.

Stephen M. McNamee
United States District Judge