**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Valencia Gonzales,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-99-2016-PHX-SMM<br><br>DEATH PENALTY CASE<br><br><br>**ORDER** |

Pending before the Court is Respondents' motion that Petitioner be transferred from the Arizona State Hospital back to the custody of the Arizona Department of Corrections. (Dkt. 163.) Counsel for Petitioner has no objection.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Respondents' motion. The Arizona State Hospital shall return Petitioner, Ernest Valencia Gonzales (#058534), to the custody of the Arizona Department of Corrections as soon as possible.

DATED this 22nd day of October, 2007.

Stephen M. McNamee
United States District Judge