**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Valencia Gonzales,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>　　　　Respondents. | No. CV-99-2016-PHX-SMM<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Before this Court is Petitioner's motion for an order securing the attendance of a prisoner. (Dkt. 174.) This Court has ordered Petitioner to be present at a status hearing on Monday, December 3, 2007. For good cause shown,

**IT IS HEREBY ORDERED** granting Petitioner's motion for an order securing the attendance of a prisoner. (Dkt. 174.) The Director of the Arizona Department of Corrections ("ADOC") or her agents, shall transport death row inmate Ernest Valencia Gonzales (ADOC # 058534) on December 3, 2007, from SMU II, Eyman Complex, Arizona State Prison, Florence, Arizona, to appear at 11:00 a.m. before this Court at the United States District Courthouse, Courtroom Number 605, 401 West Washington Street, Phoenix, Arizona.

**IT IS FURTHER ORDERED** that: (1) agents of ADOC maintain custody of inmate Gonzales at all times, and (2) inmate Gonzales shall be returned to SMU II, Eyman Complex, Arizona State Prison, Florence, Arizona, immediately following the hearing.

1     **IT IS FURTHER ORDERED** that the Clerk of the Court certify this Order and forward it to Wanda DiMarco, Arizona State Prison, Eyman Complex, Post Office Box 3500, Florence, Arizona 85232.

    DATED this 13th day of November, 2007.

*[signature]*

Stephen M. McNamee
United States District Judge