**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ernest Valencia Gonzales, | ) | No. CV-99-2016-PHX-SMM |
| Petitioner, | ) | |
| vs. | ) | <u>DEATH PENALTY CASE</u> |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | **ORDER** |

  Before the Court is Petitioner's Motion for Extension of Time to File Merits Brief and Request for Evidentiary Development. (Dkt. 195.) Petitioner seeks a 30-day extension of the deadline for filing his merits brief, from June 20 to July 20, 2008. Respondents oppose the motion.

  Petitioner filed a 237-page amended habeas petition on July 17, 2000. (Dkt. 28.) The Court ruled on the procedural status of Petitioner's claims on January 12, 2006, and directed the parties to file supplemental merits briefs, with Petitioner's brief due in 45 days. (Dkt. 97.) On the eve of that deadline, February 23, 2006, Petitioner filed his motion to determine competency. (Dkt. 98.) Thus, eight years have passed since Petitioner filed his amended petition, more than five of which occurred prior to the filing of the motion to determine competency. Petitioner has had ample time to prepare his brief, and the Court finds no good cause for the instant request.

  Accordingly,

1    **IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time to File
2  Merits Brief and Request for Evidentiary Development (Dkt. 195) is **DENIED**.
3    DATED this 18th day of June, 2008.

Stephen M. McNamee
United States District Judge