**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Ernest Valencia Gonzales,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-99-2016-PHX-SMM<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Before the Court is Petitioner's Motion for Partial Reconsideration or Clarification of the Court's order of January 23, 2014, dismissing his motion to amend without prejudice. The Court construes Petitioner's motion as a request for suspension of Local Rule Civil 15.1(a), which provides that a party moving to amend shall attach the proposed amended pleading as an exhibit to the motion and shall indicate in what respect the proposed amended pleading differs from that which it amends.[1]

---

[1] Petitioner notes in his motion that his "Reply to Motion to Amend and/or Supplement and Motion to Stay" filed December 23, 2013, requested in a footnote that he be exempted from Local Rule Civil 15.1(a). It is well settled that parties "cannot raise a new issue for the first time in their reply briefs." *State of Nev. v. Watkins*, 914 F.2d 1545, 1560 (9th Cir. 1990). More critically, requests for suspension of rules governing the form and filing of pleadings are not properly raised either in a reply brief or a footnote, but must be filed before or simultaneously with the proposed pleading. *See, e.g.*, D. Ariz. LR Civ 7.2(c) (limiting length of motions and responsive briefs "[u]nless otherwise permitted by the

Because Petitioner has withdrawn numerous claims and elected not to brief the merits of some of the claims raised in his first amended petition, the Court finds good cause to suspend one aspect of Local Rule 15.1(a). *See* D. Ariz. LR Civ 83.6 (providing that local rules may be suspended for good cause shown). Specifically, Petitioner need not file a proposed second amended petition that includes all of his previously raised claims. Rather, Petitioner shall attach *as an exhibit to his motion to amend* a proposed amended petition that sets forth only those new claims for which he seeks amendment. The claims shall be numbered consecutively to those raised in the first amended petition (Doc. 28).

Based on the foregoing,

**IT IS ORDERED** that, construed as a motion for suspension from Local Rule Civil 15.1(a), Petitioner's Motion for Partial Reconsideration or Clarification (Doc. 226) is **GRANTED IN PART** as set forth herein.

**DATED** this 29th day of January, 2014.

Stephen M. McNamee
Senior United States District Judge

---

Court"); Ninth Circuit Rule 32–2 (motions to exceed page limitation shall be filed "on or before" brief's due date).