WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Valencia Gonzales,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-99-02016-PHX-SMM<br><br>**ORDER** |

Counsel for Respondents has filed a request for ruling asking the court to prioritize its consideration of Petitioner's 25 remaining habeas claims. (Doc. 236.) The Court understands Respondents' position. As counsel aptly notes, the prescriptive time for ruling has not yet passed, and the case has a lengthy and complicated procedural history. Of course, counsel is also aware of the many cases that have been remanded to this Court for reconsideration under *Martinez v. Ryan,* in addition to the Court's already heavy docket.

The Court appreciates the matter being brought to its attention, and is attempting

. . .

to resolve the remaining issues in this case in due course.

DATED this 3rd day of March, 2015.

                                                                      _____
                                                                      Honorable Stephen M. McNamee
                                                                      Senior United States District Judge